UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alexander G. and Robert G.

     v.                                          Civil No. 11-cv-571-JL

Town of Alton, et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The complaint, civil cover sheet and summonses in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the complaint, civil cover sheet and summonses. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the complaint, civil cover sheet and summonses the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                                /s/ Landya B. McCafferty
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date: December 12, 2011

cc:    Lawrence A. Vogelman, Esq.